# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:08-CR-176** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **SAUL GARCIA-ALVARADO** | : | |

## **O R D E R**

AND NOW, this 21st day of July, 2008, upon consideration of the Government's Motion (Doc. 33) to Correct Indictment and the reasons set forth therein, it is hereby ORDERED that said motion is GRANTED. The language in the Indictment "convicted of a felony" is hereby removed.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge